# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ANDRE JACKSON,<br>            Defendant. | Case No:  10-110(1) PJS/JJK |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Thomas Plunkett, Attorney ID No. 260162, shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   April 26, 2010              *s/Katherian D. Roe*
                                                KATHERIAN D. ROE
                                                Attorney ID No. 214668
                                                Attorney for Defendant
                                                Office of the Federal Defender
                                                107 U.S. Courthouse
                                                300 South Fourth Street
                                                Minneapolis, MN 55415
                                                612-664-5858